

# RECONSIDERATION OF PRIOR DECISIONS

**2011–0818.  State v. Griffin.**
Coshocton App. No. 09–CA–21, 2011-Ohio-1638. Reported at ___ Ohio St.3d ___, 2013-Ohio-5481, ___ N.E.2d ___. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and O'NEILL, J., dissent.

**2012–0941.  Esber Beverage Co. v. Labatt USA Operating Co., L.L.C.**
Stark App. Nos. 2011CA00113 and 2011CA00116, 2012-Ohio-1183. Reported at 138 Ohio St.3d 71, 2013-Ohio-4544, ___ N.E.2d ___. On motion for reconsideration and/or for clarification of the court's opinion dated October 17, 2013. Motion denied.

PFEIFER, J., dissents.

**2013–1268.  State ex rel. Ullmann v. JobsOhio.**
In Mandamus. Reported at 138 Ohio St.3d 83, 2013-Ohio-5188, ___ N.E.2d ___. On motion for reconsideration. Motion denied.

O'DONNELL, J., not participating.

**2013–1281.  State v. Barnette.**
Mahoning App. No. 02 CA 065. Reported at 136 Ohio St.3d 1560, 2013-Ohio-4861, 996 N.E.2d 987. On motion for reconsideration. Motion denied. On motion to consider holding this case for the decision in 2013–1591, *State v. Quarterman*, 9th Dist. Summit No. 26400, 2013-Ohio-3606. Motion denied.

O'NEILL, J., dissents.

**2013–1365.  Discover Bank v. Bailey.**
Franklin App. No. 12AP–1001, 2013-Ohio-1809. Reported at 137 Ohio St.3d 1423, 2013-Ohio-5285, 998 N.E.2d 1178. On motion for reconsideration. Motion denied.

**2013–1380.  In re T.J.**
Lucas App. No. L–12–1347, 2013-Ohio-3057. Reported at 137 Ohio St.3d 1423, 2013-Ohio-5285, 998 N.E.2d 1178. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., and PFEIFER and O'NEILL, JJ., dissent.

**2013–1418.  Enquip Technologies Group, Inc. v. Tycon Technoglass S.r.l.**
Greene App. No. 2011–CA–39, 2012-Ohio-6181. Reported at 137 Ohio St.3d 1424, 2013-Ohio-5285, 998 N.E.2d 1178. On motion for reconsideration. Motion denied.

O'CONNOR, C.J., dissents and would grant the motion for reconsideration as to Proposition of Law No. V.

PFEIFER, J., dissents and would grant the motion for reconsideration as to all Propositions of Law.